UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:19-cv-00454-JDL |
| Plaintiff | JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE:<br>401 Burnham Road, Bridgton, ME 04009 |
| L. Robert Thomas a/k/a L. Robert Thomas, Jr. | Mortgage:<br>October 18, 2006<br>Book 24489, Page 277 |
| Defendant<br>Jonathan Weld | |
| Party-In-Interest | |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on October 18, 2023. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by Reneau J. Longoria, Esq. Defendant, L. Robert Thomas a/k/a L. Robert Thomas, Jr., did not appear; Party-In-Interest, Jonathan Weld did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($403,227.95) within 90 days of the date of the Judgment, as that time period is

calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $162,538.55 |
| Interest | $157,055.52 |
| Escrow | $66,416.42 |
| Late Fees | $2,483.10 |
| Total Advances | $920.50 |
| Corporate Advances | $14,734.36 |
| Grand Total | $403,227.95 |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($403,227.95) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Bridgton Property shall terminate, and U.S. Bank shall conduct a public sale of the Bridgton Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $403,227.95 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, U.S. Bank may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5   The amount due and owing is $403,227.95.

6   The priority of interests is as follows:

  • U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first

  priority, in the amount of $403,227.95, pursuant to the subject Note and Mortgage.

  • Jonathan Weld who has been defaulted has the second priority behind the Plaintiff

  pursuant to a Writ of Execution dated August 26, 2014, in the amount of $886.80,

  and recorded in the Cumberland County Registry of Deeds in Book 31757, Page 75.

  • L. Robert Thomas a/k/a L. Robert Thomas, Jr. have the third priority behind the

  Plaintiff.

7.   The prejudgment interest rate is 6.87500%, *see* 14 M.R.S.A. § 1602-B, and the post-

  judgment interest rate is 5.43%, *see* 28 U.S.C. § 1961.

8.   The following information is included in this Judgment pursuant to 14 M.R.S.A. §

  2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | L. Robert Thomas a/k/a L. Robert Thomas, Jr.<br>387 Burnham Road, Unit B<br>Bridgton, ME 04009 | Pro Se |
| PARTIES-IN-INTEREST |  |  |
|  | Jonathan Weld<br>P.O. Box 532<br>Bridgton, ME 04009 | Pro Se |

a)  The docket number of this case is No. 2:19-cv-00454-JDL.

b)  All parties to these proceedings received notice of the proceedings in accordance
with the applicable provisions of the Federal Rules of Civil Procedure.

c)  A description of the real estate involved, 401 Burnham Road, Bridgton, ME 04009, is
set forth in Exhibit A to the Judgment herein.

d)  The street address of the real estate involved is 401 Burnham Road, Bridgton, ME
04009.  The Mortgage was executed by the Defendant, L. Robert Thomas a/k/a L.
Robert Thomas, Jr. on October 18, 2006.  The book and page number of the
Mortgage in the Cumberland County Registry of Deeds is Book 24489, Page 277.

e)  This judgment shall not create any personal liability on the part of the Defendant but
shall act solely as an in rem judgment against the property, 401 Burnham Road,
Bridgton, ME 04009.

**SO ORDERED**

**DATED THIS** 18th **DAY OF** October,

_____

**U.S. DISTRICT JUDGE**

Doc#:    69726 Bk#24489 Pg#   293

## EXHIBIT A

A certain lot or parcel of land situated in said Bridgton, and being more particularly bounded and described as follows:

Lot #5 as the same is depicted on Plan of Burnham Woods, Bridgton, Maine, developed by Ralph Sama dated April, 1985 and recorded in the Cumberland County Registry of Deeds in Plan Book 148, Page 39, reference to which is hereby made for a more particular description of the property herein conveyed.

CUMBERLAND COUNTY
A TRUE COPY OF RECORD

Attest _____
                              Register